[No. 4747–4–III.   Division Three.   March 8, 1983.]

BEST REALTY, INC., *Respondent*, v. ROBERT A.
RASMUSSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 80–2–00565–0, Lloyd L. Wiehl, J. Pro
Tem., entered August 14, 1981. *Affirmed* by unpublished
opinion per McInturff, J., concurred in by Munson, A.C.J.,
and Green, J.

[No. 4842–0–III.   Division Three.   March 8, 1983.]

*In the Matter of the Estate of*
MARY FRANCES ALLEN.

PAULA T. KOFOED, *Appellant*, v. RAINIER NATIONAL
BANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80–4–00037–4, Robert S. Day, J., entered
October 22, 1981. *Affirmed* by unpublished opinion per
Roe, C.J., concurred in by Green and McInturff, JJ.

[No. 4683–1–II.   Division Two.   March 10, 1983.]

EDWARD LAMON, ET AL, *Appellants*, v. JOHN
REGAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 64606, John W. Schumacher, J.,
entered March 14, 1980. *Affirmed* by unpublished opinion
per Reed, J., concurred in by Worswick, A.C.J., and Petrie,
J.